No. 362. SMALLWOOD ET AL. *v.* HODSON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Arthur J. Hilland* and *Paul M. Niebell* for petitioners. *Thomas M. Raysor* for respondents.

No. 388. MEYER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Rice* and *Lee A. Jackson* for respondent.

No. 389. ROMM ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Warren W. Grimes* and *Horace J. Donnelly, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondent.

No. 390. RIVERA *v.* MITCHELL, SECRETARY OF LABOR, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William C. Koplovitz* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for respondents.

No. 391. BADHWAR ET AL., DOING BUSINESS AS MULKRAJ BROTHERS & BADHWAR, *v.* COLORADO FUEL & IRON CORP. C. A. 2d Cir. Certiorari denied. *James F. Dunn* and *Morton Zuckerman* for petitioners. *Francis S. Bensel* for respondent.

No. 400. SINCLAIR PIPE LINE CO. *v.* ARCHER COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied. *Howard Barker* for petitioner.